NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1020

TECHNOLOGY PROPERTIES LIMITED, INC.,

Plaintiff-Appellant,

and

PATRIOT SCIENTIFIC CORPORATION,

Plaintiff-Appellant,

v.

ARM, LTD. and ARM, INC.,

Defendants-Appellees.

Roger L. Cook, Townsend and Townsend and Crew LLP, of San Francisco, California, argued for all plaintiffs-appellants. With him on the brief for Technology Properties Limited, Inc., were Nancy L. Tompkins, Eric P. Jacobs, and Cathy E. Cretsinger.

Charles T. Hoge, Kirby Noonan Lance & Hoge LLP, of San Diego, California, for plaintiff-appellant, Patriot Scientific Corporation.

Kevin P. Anderson, Wiley Rein LLP, of Washington, DC, argued for defendants-appellees. With him on the brief were Gregory R. Lyons and James H. Wallace, Jr. Of counsel was Brian H. Pandya.

Appealed from: United States District Court for the Eastern District of Texas

Judge T. John Ward

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1020

TECHNOLOGY PROPERTIES LIMITED, INC.,

Plaintiff-Appellant,

and

PATRIOT SCIENTIFIC CORPORATION,

Plaintiff-Appellant,

v.

ARM, LTD. and ARM, INC.,

Defendants-Appellees.

# Judgment

ON APPEAL from the     United States District Court for the Eastern District of Texas

in CASE NO(S).     2:05-CV-494

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


Per Curiam (DYK and PROST, <u>Circuit Judges</u>, and HOCHBERG, <u>District Judge</u>).[*]

AFFIRMED. <u>See</u> Fed. Cir. R. 36.


ENTERED BY ORDER OF THE COURT


DATED  May 9, 2008          /s/ Jan Horbaly
                             Jan Horbaly, Clerk

---

[*]      Honorable Faith S. Hochberg, District Judge, United States District Court for the District of New Jersey, sitting by designation.